| | |
|---|---|
| 1 | CYNTHIA G. LAWRENCE (SBN 148927) |
| | KELLY BUSCHMAN (SBN 242565) |
| 2 | SIMS, LAWRENCE & BROGHAMMER |
| | 1478 Stone Point Drive, Suite 450 |
| 3 | Roseville, CA 95661 |
| | Telephone: (916) 797-8881 |
| 4 | Facsimile: (916) 253-1544 |
| | Email: cynthia@sims-law.net |
| 5 |      kelly@sims-law.net |
| |      SLB-eService@sims-law.net |

Attorneys for Defendant
ALPHA ANALYTICAL LABORATORIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURYN GIST-REED, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA ANALYTICAL LABORATORIES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CIVIL NO. 2:24-cv-03282-DJC-CSK<br><br>*Removed from the Superior Court of California, County of Sacramento, Case No. 24CV003663*<br><br>**STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT AND SUBMIT THE MOTION ON THE PAPERS**<br><br>**Date: February 20, 2025**<br>**Time: 1:30 p.m.**<br>**Courtroom:**<br>**Judge: Hon. Daniel J. Calabretta**<br><br>Complaint Filed:    02/28/2024<br>Trial Date:    None Set<br>Action Filed: February 28, 2024<br>FAC Filed: June 10, 2024<br>Action Removed: November 25, 2024<br>Trial Date: Not set |

-1-

STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT

1  Pursuant to Local Rule 230(g), the parties above agree to waive oral argument and submit
2  the Motion to Remand on the records and briefs on file.

3

4  Dated: February 19, 2025                                      SIMS, LAWRENCE & BROGHAMMER

5

6                                                                By: /s/ Cynthia G. Lawrence
7                                                                    CYNTHIA G. LAWRENCE
                                                                     KELLY BUSCHMAN
                                                                     Attorneys for Defendant
8                                                                    ALPHA ANALYTICAL
                                                                     LABORATORIES, INC.
9

10 Dated: February 19, 2025                                       WILSHIRE LAW FIRM

11

12                                                               By: /s/ Daniel J. Kramer
                                                                     BENJAMIN H. HABER
13                                                                   DANIEL J. KRAMER

14

15 IT IS SO ORDERED.

16

17 Dated:  February 19, 2025                      /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
18                                                UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT