Benjamin H. Haber (Cal. Bar No. 315664)
benjamin.haber@wilshirelawfirm.com
Daniel J. Kramer (Cal. Bar No. 314625)
daniel.kramer@wilshirelawfirm.com
Angela Leong (Ca. Bar No. 300813)
angela.leong@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa St., Sky Lobby
Los Angeles, California 90017
Telephone:   (213) 381-9988
Facsimile:    (213) 381-9989

*Attorneys for Plaintiff*
*LAURYN GIST-REED*

Jonathan R. Babione (SBN 270053)
jbabione@ferberlaw.com
Adam N. Arce (SBN 328732)
aarce@ferberlaw.com
Jennifer R. Lucas (SBN 227505)
jlucas@ferberlaw.com
**FERBER LAW**
2603 Camino Ramon
Suite 385
San Ramon, California 94583-9127
Telephone: (925) 886-5222

*Attorneys for Defendant*
*ALPHA ANALYTICAL LABORATORIES, INC.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURYN GIST-REED, on behalf of all others similarly situated, the State of California and other aggrieved persons,<br><br>              *Plaintiff*,<br><br>        v.<br><br>ALPHA ANALYTICAL LABORATORIES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>              *Defendants*. | Case No.: 2:24-cv-03282-DJC-CSK<br><br>*Removed from the Superior Court of California, County of Sacramento, Case No. 24CV003663*<br><br>[*Assigned to Hon. Daniel J. Calabretta, Ctrm. 7; Magistrate Judge Chi Soo Kim, Ctrm 25*]<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION** |

Case No. 2:24-cv-03282-DJC-CSK

~~[PROPOSED]~~ ORDER RE JOINT STIPULATION

## [PROPOSED] ORDER

The Court, having read the Joint Stipulation, ORDERS as follows:

1. The fact discovery cut-off date is extended to August 16, 2026 for the purpose of allowing the parties to complete the *Belaire-West* Procedure for the production of the putative class members' contact information set forth in the concurrently filed Joint Stipulation.

**IT IS SO ORDERED**.

Dated: July 9, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1                    Case No. 2:24-cv-03282-DJC-CSK

[PROPOSED] ORDER RE JOINT STIPULATION