Benjamin H. Haber (Cal. Bar No. 315664)
benjamin.haber@wilshirelawfirm.com
Daniel J. Kramer (Cal. Bar No. 314625)
daniel.kramer@wilshirelawfirm.com
Angela Leong (Ca. Bar No. 300813)
angela.leong@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa St., Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff
LAURYN GIST-REED

Jonathan R. Babione (SBN 270053)
jbabione@ferberlaw.com
Adam N. Arce (SBN 328732)
aarce@ferberlaw.com
Jennifer R. Lucas (SBN 227505)
jlucas@ferberlaw.com
**FERBER LAW**
2603 Camino Ramon
Suite 385
San Ramon, California 94583-9127
Telephone: (925) 886-5222

Attorneys for Defendant
ALPHA ANALYTICAL LABORATORIES, INC.

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

LAURYN GIST-REED,

Plaintiff,

v.

ALPHA ANALYTICAL LABORATORIES, INC.,

Defendant.

Case No.: 2:24-cv-03282-DJC-CSK

**ORDER TO MODIFY SCHEDULING ORDER**

**ORDER**

The Court, having read the Amended Joint Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order (Docket No. 28) is modified as follows:

| EVENT | PRIOR DATE | CONTINUED DATE |
|---|---|---|
| Expert Disclosures | August 14, 2026 | 5/20/2027 |
| Rebuttal Expert Disclosures | September 11, 2026 | 6/17/2027 |
| Expert Discovery | October 9, 2026 | 7/15/2027 |
| Motion for Class Certification Filing | November 20, 2026 | 4/20/2027 |
| Motion for Class Certification Hearing | January 7, 2027 | 6/10/2027 at 1:30 PM |
| Dispositive Motion Filing | May 28, 2027 | 10/29/2027 |
| Dispositive Motion Hearing | July 22, 2027 | 12/16/2027 at 1:30 PM |
| Final Pretrial Conference | November 4, 2027 | 4/6/2028 at 1:30 PM |
| Jury Trial | January 10, 2028 | 6/12/2028 at 8:30 AM |

**IT IS SO ORDERED.**

Dated: August 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE